IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:09CR122-1
:
SALVADOR SANTANA CABRERA :

The Grand Jury charges:

COUNT ONE

On or about February 12, 2009, in the County of Guilford, in the Middle District of North Carolina, SALVADOR SANTANA CABRERA willfully, knowingly and intentionally did unlawfully possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT TWO

On or about February 12, 2009, in the County of Guilford, in the Middle District of North Carolina, SALVADOR SANTANA CABRERA, in furtherance of a drug trafficking crime for which he could be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(a)(1), did knowingly possess a firearm, that is, a Taurus .357 caliber handgun, serial

number BV68901; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL:

_____
FOREPERSON

/s/ Sandra J. Hairston
SANDRA J. HAIRSTON
ASSISTANT UNITED STATES ATTORNEY

/s/ Anna Mills Wagoner
ANNA MILLS WAGONER
UNITED STATES ATTORNEY