IN THE UNITED STATE DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 1:09CR122-1 |
| | ) | 1:09CR323-1 |
| SALVADOR SANTANA CABRERA | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Salvador Santana Cabrera, defendant in the above named cases, by and through the undersigned counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment and sentence by the Honorable William L. Osteen, Jr. entered in these cases on the 1st day of June, 2010.

Respectfully submitted this the 9th day of June, 2010.

/S/ GEORGE E. CRUMP, III
Attorney at Law   N.C.S.B   #7676
PO Box 1523
Rockingham, NC  28380
910-997-5544
Attorney for the Defendant
Email:  georgecrump@bellsouth.net

CERTIFICATE OF SERVICE

    I hereby certify that on June 9, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

        Sandra J. Hairston, AUSA
        PO Box 1858
        Greensboro, NC 27402

        Frank Chut
        Assistant United States Attorney
        United States Attorney's Office
        PO Box 1858
        Greensboro, NC 27402

    Respectfully submitted this the 9th day of June, 2010.

        /S/ GEORGE E. CRUMP, III
        Attorney at Law  N.C.S.B  #7676
        PO Box 1523
        Rockingham, NC 28380
        910-997-5544
        Attorney for the Defendant
        Email:  georgecrump@bellsouth.net